### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Marilyn K. Nielson and Paul J. Nielson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chesapeake Energy Corporation, | ) | |
| Chesapeake Exploration, L.L.C., | ) | |
| Sullivan Land Resources, Inc., and | ) | |
| Chad Campbell, | ) | Case No. 1:12-cv-105 |
| | ) | |
| Defendants. | ) | |

Before the court is a Motion to Serve by Publication filed by plaintiffs' on September 4,

2012.  Advising that they have been unable to serve Defendant Chad Campbell, plaintiffs request

leave to serve Campbell by publication.  The court **GRANTS** plaintiffs' motion (Docket No. 20).

**IT IS SO ORDERED.**

Dated this 13th day of September, 2012.


*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge